476 A.2d 104

Commonwealth v. Long, Appellant.

Petition for Allowance of Appeal
Denied Oct. 26, 1984.

Submitted December 9, 1983. Kenneth R. Dixon, for appellant; Jane Cutler Greenspan, Assistant District Attorney, for Commonwealth, appellee.

Before CAVANAUGH, BROSKY and POPOVICH, JJ.

Judgment of sentence affirmed.